UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-                                          Case No. 3:21-CR-042

ERNESTO SUSTAITA,

Defendant.

---

ORDER FINDING DEFENDANT IN VIOLATION OF BOND
AND ORDERING THE DEFENDANT BE DETAINED

---

On June 25, 2021, a hearing was held in open court as to Defendant's revocation of bond supervision. Based on Defendant's admission, the Court found Defendant was in violation of his conditions of release. At the request of the Defendant and no objection by the Government, the Court held disposition in abeyance. The Court has since been notified by Defendant's Counsel that Defendant does not have a stable residence and therefore, remains in violation of his conditions of release. At this time, the Court finds that no condition or combination of conditions as set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the person as required, the safety of any other persons, and the community.

Therefore, **IT IS THE ORDER OF THE COURT** that the Defendant's bond be revoked and he be remanded to the custody of the United States Marshals until such time as final disposition is heard, currently scheduled for September 28, 2021 at 10:30 a.m.

IT IS SO ORDERED.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE